COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Clarent Energy Services, Inc. and Graham Gilliam v. Leasing
                         Ventures, LLC

Appellate case number:   01-18-00821-CV

Trial court case number: 2016-50734

Trial court:             127th District Court of Harris County

Appellants filed a motion to stay this appeal in November, advising this Court that the judgment appealed was interlocutory and that the parties had reached an agreement that should lead to the signing of a final judgment. Approximately one month later, appellants filed a notice of appeal from the judgment signed on November 28, 2018. Because a final judgment has been signed, we **dismiss** the motion to stay as **moot**.

The Court lacks a clerk's record containing the final judgment. Accordingly, we direct the trial court clerk to file a supplemental clerk's record **within 15 days of the date of this order** containing the judgment signed on November 28, 2018.

Appellants' brief is due **within 30 days after the supplemental clerk's record is filed**.

It is so ORDERED.


Judge's signature: ___/s/ Justice Richard Hightower_____
                   ☑ Acting individually     ☐ Acting for the Court


Date:   __February 12, 2019_____